**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00769-REB-KMT

RAECHEL SHARKEY,

     Plaintiff,

v.

STANDLEY & ASSOCIATES, LLC, and
DOES 1-10, inclusive,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant To Rule 41(a)** [#24][1] filed October 15, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant To Rule 41(a)** [#24] filed October 15, 2012, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE**.

Dated October 15, 2012, at Denver, Colorado.

                    **BY THE COURT:**

                    */s/ Robert E. Blackburn*
                    Robert E. Blackburn
                    United States District Judge

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.